**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:23-cv-00211-KLM

**MARY SESHASAYEE**, individually and on behalf of all others similarly situated,

    Plaintiffs,

v.

**FASTAFF, LLC** and **U.S. NURSING CORPORATION**,

    Defendants.

---

**[PROPOSED] ORDER GRANTING JOINT MOTION TO TEMPORARILY STAY DEADLINES AND RESET SCHEDULING CONFERENCE**

---

    This Court, having reviewed the Parties' Joint Motion to Temporarily Stay Deadlines and Reset the Scheduling Conference, hereby GRANTS the same and orders the following:

- All deadlines in the case are stayed up to and including June 5, 2023;

- The Scheduling Conference currently set for April 26, 2023, is vacated;

- If the case is not resolved and/or dismissed by June 5, 2023, the Parties will jointly contact Chambers by June 12, 2023, to reschedule the Scheduling Conference;

- If the case is not resolved and/or dismissed by June 5, 2023, Defendants shall have until June 19, 2023, to file a responsive pleading to Plaintiffs' Complaint.

SIGNED THIS THE _____ DAY OF _____, 2023.

                                                 Magistrate Judge Kristen L. Mix