IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 23-cv-00211-KLM

MARY SESHASEYEE, Individually and on Behalf of All Others Similarly Situated,

    Plaintiff,

v.

FASTAFF, LLC, and
U.S. NURSING CORPORATION,

    Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on the **Joint Motion to Temporarily Stay Deadlines and Reset Scheduling Conference** [#17] (the "Motion").  The Motion [#17] indicates that the parties are in productive settlement discussions and that temporarily staying the deadlines will allow the parties to focus on resolving the claims.  *Id.* at 2.

    IT IS HEREBY **ORDERED** that the Motion [#17] is **GRANTED**.  All deadlines in this matter are temporarily stayed for 45 days, up to and including **June 5, 2023.**   If the case is not resolved or dismissed by June 5, 2023, **t**he Parties shall file a Joint Status Report on that date.

    IT IS FURTHER **ORDERED** that the deadline for Defendants to respond to the Complaint is extended to **June 19, 2023.**

    T IS FURTHER **ORDERED** that the Scheduling Conference set for **April 26, 2023**, at **10:30 a.m.** and all related deadlines are **VACATED.**

    IT IS FURTHER **ORDERED** that if the case is not otherwise resolved or dismissed, the Parties will jointly contact the Court by **June 12, 2023**, to reset the Scheduling Conference.

    Dated:   April 25, 2023