IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:23-cv-00211-KLM

**MARY SESHASAYEE**, individually and on behalf of all others similarly situated,

    Plaintiffs,

v.

**FASTAFF, LLC** and **U.S. NURSING CORPORATION**,

    Defendants.

## JOINT STATUS REPORT

Plaintiff Mary Seshasayee ("Plaintiff"), individually and on behalf of all others similarly situated, and Defendants Fastaff, LLC, and U.S. Nursing Corporation ("Defendants"), by and through their respective undersigned counsel, hereby provide this Joint Status Report as follows:

1.    Plaintiff filed her Original Complaint—Collective Action against Defendants on January 24, 2023. (ECF No. 1).

2.    On April 19, the Parties filed a Joint Motion to Temporarily Stay Deadlines and Reset Scheduling Conference. (ECF No. 17).

3.    On April 25, the Court issued a temporary stay of this matter for 45 days, up to and including June 5, 2023. (ECF No. 18). The Court further extended the deadline for Defendants to respond to the Complaint to June 19, 2023, and ordered the Parties to Jointly Contact the Court by June 12, 2023, to reset the Scheduling Conference if the case is not otherwise resolved or dismissed. (ECF No. 18).

4. The Parties remain actively engaged in settling this dispute and have made considerable advancements towards resolution of this matter since filing their Joint Motion to Stay.

5. The Parties believe that if they are able to resolve this matter, it will happen by June 12, 2023, therefore no more extensions are needed at this time.

Respectfully June 5, 2023.

| | |
|---|---|
| */s/ Josh Sanford* | */s/ Elizabeth A. Austin (w/permission)* |
| Sean Short | Bronwyn H. Pepple |
| Joshua J. Sanford | Mairead Dolan |
| Sanford Law Firm, PLLC | Elizabeth A. Austin |
| 10800 Financial Centre Parkway | WILLIAMS WEESE PEPPLE & FERGUSON PC |
| Kirkpatrick Plaza | 1801 California Street, Suite 3400 |
| Suite 510 | Denver, CO 80202 |
| Little Rock, AR 72211 | Telephone: (303) 861-2828 |
| 501-221-0088 | Facsimile: (303) 861-4017 |
| sean@sanfordlawfirm.com | bpepple@williamsweese.com |
| josh@sanfordlawfirm.com | mdolan@williamsweese.com |
| | |
| *Attorneys for Plaintiff and the Putative Collective* | *Attorneys for Defendants* |

## CERTIFICATE OF SERVICE

      I hereby certify that on June 5, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record via email.

                                                          s/ *Josh Sanford*
                                                          **JOSH SANFORD**