**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:23-cv-00211-KLM

**MARY SESHASAYEE**, individually and on behalf of all others similarly situated,

    Plaintiffs,

v.

**FASTAFF, LLC** and **U.S. NURSING CORPORATION**,

    Defendants.

---

**NOTICE OF SETTLEMENT**

---

The purpose of this Notice of Settlement is to apprise the Court that Plaintiff and Defendants have reached a settlement in principle that will resolve all claims asserted by Plaintiff. The parties are in the process of finalizing settlement terms and expect to file their dismissal papers with the Court within thirty (30) days from the filing of this Notice of Settlement. Should the parties be unable to file their dismissal papers by this date, they will make an appropriate request for extension to the Court, if required, or provide a status update. In light of their progress, the parties request that all deadlines be stayed pending finalization of their settlement.

Respectfully June 12, 2023.

*/s/ Josh Sanford*
Sean Short
Joshua J. Sanford
Sanford Law Firm, PLLC
10800 Financial Centre Parkway
Kirkpatrick Plaza
Suite 510
Little Rock, AR 72211
501-221-0088
sean@sanfordlawfirm.com
josh@sanfordlawfirm.com

*Attorneys for Plaintiff and
the Putative Collective*

## CERTIFICATE OF SERVICE

I hereby certify that on June 12, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record via email.

s/ *Josh Sanford*
**JOSH SANFORD**

2