IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 23-cv-00211-KLM

MARY SESHASEYEE, Individually and on Behalf of All Others Similarly Situated,

    Plaintiff,

v.

FASTAFF, LLC, and
U.S. NURSING CORPORATION,

    Defendants.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiff's **Notice of Settlement** [#20].

    IT IS HEREBY **ORDERED** that the parties shall file dismissal papers by **July 13, 2023**.

    Dated:   June 13, 2023