IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:23-cv-00211-KLM

**MARY SESHASAYEE**, individually and on behalf of all others similarly situated,

    Plaintiffs,

v.

**FASTAFF, LLC** and **U.S. NURSING CORPORATION**,

    Defendants.

## JOINT MOTION FOR EXTENSION OF TIME TO FILE DISMISSAL PAPERS

Pursuant to Fed. R. Civ. P. 6 and D.C.COLO.LCivR 6.1, Plaintiff Mary Seshasayee and Defendants Fastaff, LLC, and U.S. Nursing Corporation ("Defendants"), by and through their undersigned counsel, for their Motion for Extension of Time to File Dismissal Papers, the Parties state as follows:

### CERTIFICATION PURSUANT TO D.C.COLO.LCivR 7.1(a) & 6.1(c)

Undersigned counsel certify that they have conferred regarding the relief requested herein. The Parties submit this request jointly. Undersigned counsel certify that a copy of this Motion is being served on their clients, as required pursuant to D.C.COLO.LCivR 6.1(c).

1. On June 12, 2023, the Parties filed a Notice of Settlement informing the Court that they were in the process of finalizing a settlement agreement and expect to file dismissal papers within 30 days. ECF No. 20.

2. This Court acknowledged the Parties' Notice and accordingly set the deadline for submission of dismissal papers for July 13. ECF No. 21.

1

3.	The Parties have drafted a settlement agreement, but they require more time in order to edit the agreement to the satisfaction of all Parties.

4.	Accordingly, the Parties request that the deadline to file their dismissal papers be extended by 31 days, to August 13, 2023.

5.	<u>The Parties previously sought and received extensions of time in for Defendants to respond to the Complaint. ECF No. 8; ECF No. 11.</u>

6.	This extension is sought in good faith and not for the purpose of delay.

WHEREFORE, the Parties respectfully request that the Court grant this Motion to extend the deadline to file their dismissal papers to August 13, 2023.

July 13, 2023.

<u>/s/ Josh Sanford</u>
Sean Short
Joshua J. Sanford
Sanford Law Firm, PLLC
10800 Financial Centre Parkway
Kirkpatrick Plaza
Suite 510
Little Rock, AR 72211
501-221-0088
sean@sanfordlawfirm.com
josh@sanfordlawfirm.com

*Attorneys for Plaintiff*

<u>/s/ Elizabeth A. Austin</u>
Bronwyn H. Pepple
Elizabeth A. Austin
WILLIAMS WEESE PEPPLE & FERGUSON PC
1801 California Street, Suite 3400
Denver, CO 80202
Telephone: (303) 861-2828
Facsimile: (303) 861-4017
bpepple@williamsweese.com
eaustin@williamsweese.com

*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

  I hereby certify that on July 13, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record via email.

                s/ *Josh Sanford*
                **JOSH SANFORD**