IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 23-cv-00211-KLM

MARY SESHASEYEE, Individually and on Behalf of All Others Similarly Situated,

    Plaintiff,

v.

FASTAFF, LLC, and
U.S. NURSING CORPORATION,

    Defendants.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on the **Joint Motion for Extension of Time to Submit Dismissal Papers** [#22] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion [#22] is **GRANTED**.   The parties have up to and including **August 13, 2023** to file dismissal papers.

    Dated:   July 18, 2023