# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:23-cv-00211-KLM

**MARY SESHASAYEE**, individually and on behalf of all others similarly situated,

    Plaintiffs,

v.

**FASTAFF, LLC** and **U.S. NURSING CORPORATION**,

    Defendants.

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii), the Parties hereby stipulate to the dismissal of this action with prejudice, with each side to bear its own fees and costs, except as otherwise agreed.

Respectfully submitted August 11, 2023,

| | |
|---|---|
| */s/ Josh Sanford* | */s/ Elizabeth A. Austin (w/permission)* |
| Sean Short | Bronwyn H. Pepple |
| Joshua J. Sanford | Mairead Dolan |
| Sanford Law Firm, PLLC | Elizabeth A. Austin |
| 10800 Financial Centre Parkway | WILLIAMS WEESE PEPPLE & FERGUSON PC |
| Kirkpatrick Plaza | 1801 California Street, Suite 3400 |
| Suite 510 | Denver, CO 80202 |
| Little Rock, AR 72211 | Telephone: (303) 861-2828 |
| 501-221-0088 | Facsimile: (303) 861-4017 |
| sean@sanfordlawfirm.com | bpepple@williamsweese.com |
| josh@sanfordlawfirm.com | mdolan@williamsweese.com |
| | |
| *Attorneys for Plaintiff* | *Attorneys for Defendants* |

## CERTIFICATE OF SERVICE

I hereby certify that on August 11, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record via email.

s/ *Josh Sanford*
**JOSH SANFORD**