IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 23-cv-00211-KAS

MARY SESHASEYEE, Individually and on Behalf of All Others Similarly Situated,

 Plaintiff,

v.

FASTAFF, LLC, and
U.S. NURSING CORPORATION,

 Defendants.
_____

**MINUTE ORDER**
_____
**ENTERED BY MAGISTRATE JUDGE KATHRYN A. STARNELLA**

 This matter is before the Court on the **Joint Stipulation of Dismissal with Prejudice** [#25]. Rule 41(a)(1))(ii) provides that a plaintiff may voluntarily dismiss an action without a court order by filing "a stipulation of dismissal signed by all parties who have appeared."

 Because the Stipulation [#25] is signed by counsel for all parties of record**,**

 IT IS HEREBY **ORDERED** that this case is **DISMISSED WITH PREJUDICE** pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), each party to bear its own fees and costs except as otherwise agreed. The Clerk of Court shall close this case.

 Dated: August 16, 2023